UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID COATS and TAMMY COATS )
)
v. ) No. 3:10-0759
) JUDGE CAMPBELL
NASHVILLE LIMO BUS, LLC; JAN )
MILES; HOWARD PULLEY; and TRACY )
MCMURTRY )

## ORDER

For the reasons explained in the accompanying Memorandum, the individual Defendants' Motion To Dismiss Or, In The Alternative, For Judgment On The Pleadings (Docket No. 13) is hereby DENIED.

The case is returned to the Magistrate Judge for case management under the Orders entered on September 21, 2010. (Docket Nos. 16 & 17.)

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE