IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID COATS, et al. | ) |
| | ) |
| v. | ) NO. 3-10-0759 |
| | ) JUDGE CAMPBELL |
| NASHVILLE LIMO BUS, LLC, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion for Conditional Class Certification and for Court Supervised Notice to Class Members (Docket No. 32). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is GRANTED.

Plaintiffs are directed to file with the Court, on or before February 15, 2011, a proposed notice and a proposed consent form. Defendants will be permitted to file comments on the proposed forms by February 28, 2011, and Plaintiffs may file a Reply by March 15, 2011. The Court will review the submissions and set a deadline for filing consent forms with the Court when it issues the Court-authorized notice and consent forms. The parties shall address, in their filings concerning the proposed notice and consent forms, any time limitations required by the applicable statute of limitations.

The Court is ready to set this matter for trial. The parties shall file, by February 7, 2011, briefs on whether Plaintiffs are entitled to a jury trial as demanded in their Complaint.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE