IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DAVID COATS & TAMMY COATS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-0759 |
| | ) | Judge Campbell |
| NASHVILLE LIMO BUS, LLC, et al., | ) | Magistrate Griffin |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Trippe S. Fried, Counsel for Defendants, moves for permission to withdraw as their attorney of record. Defendants have indicated their intent to retain new counsel.

RESPECTFULLY SUBMITTED on February 4, 2011.


/Trippe S. Fried/
_____
Trippe S. Fried (TN 017986)
In House Legal
618 Church Street
Suite 220
Nashville, TN 37219
Tel 615.469.1339
Email trippe@inhouselegal.net

COPIES served electronically via CM/ECF
on January 12, 2011 on:

John Ray Clemmons Esq.
Gary Blackburn Esq.
Chaffin, Burnsed & Blackburn, PLLC
2909 Poston Ave. 1st Fl.
Nashville, TN 37203

and by U.S. Mail on:

Tracy McMurtry
Howard Pulley
Jan Miles
3819 Dickerson Rd.
Nashville, TN 37207

/Trippe S. Fried/
_____