IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID COATS, et al().            )
                                 )
v.                               ) NO. 3-10-0759
                                 ) JUDGE CAMPBELL
NASHVILLE LIMO BUS, LLC, et al.  )

ORDER

Pending before the Court is a Motion to Withdraw (Docket No. 55), filed by counsel for the Defendants. The Motion is DENIED without prejudice for failure to comply with Local Rule 83.01(g).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE