IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID COATS, et al.          )
                             )
v.                           ) NO. 3-10-0759
                             ) JUDGE CAMPBELL
NASHVILLE LIMO BUS, LLC, et al.  )

ORDER

Pending before the Court is a Motion to Withdraw (Docket No. 73), filed by Trippe S. Fried, counsel for the Defendants. The Motion is GRANTED.

Lea C. Owen of Waller, Lansden, Dortch & Davis, LLP, has filed a Notice of Appearance (Docket No. 57) and will continue as counsel for Defendants.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE