# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID COATS AND TAMMY COATS, ) | |
| ) | |
| ) | COLLECTIVE ACTION |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:10-0759 |
| ) | JUDGE SHARP/MAGISTRATE GRIFFIN |
| NASHVILLE LIMO BUS, LLC., and ) | |
| TRACY McMURTRY, Individually, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

Upon agreement of the parties as evidenced by signature of counsel hereto, and upon review of the petition for settlement the supporting Affidavit and the entire record in this cause, it is herewith **ORDERED** that the settlement as filed under seal with the Court is approved, and the claims of the 44 Non-Coats Plaintiffs are hereby **DISMISSED WITH PREJUDICE**.

Of the $17,500.00 to be paid by the Defendants, disbursement shall be as follows to the firm of Chaffin, Burnsed & Blackburn, PLLC:

1. Two-Thousand and 0/100 dollars ($2,000.00), for legal expenses incurred; and,

2. Eight-Thousand and 0/100 dollars ($8,000.00), for legal representation.

As to the Plaintiffs, disbursements shall be as follows:

1.  Ashley Alvarez $101.35;

2.  Randy Carroll $202.70;

3.  Shelia Chandler $202.70;

4.  Merritt Linn Chaplin $101.35;

1

5. Derrick Conwell $202.70;

6. Phillip Davenport $101.35;

7. Helena Dixon $101.35;

8. Chris Easley $101.35;

9. Crystal Evans $304.05;

10. Jeffrey Wayne Fann $101.35;

11. Maruice Ford $101.35;

12. Elizabeth J. Foster $304.05;

13. Chris Frazier $101.35;

14. Marice French $101.35;

15. Diane Gates $304.05;

16. Seth Gates $304.05;

17. Nancy Harlan $101.35;

18. Exie Mai Harrington $304.05;

19. Leezephry Horton $101.35;

20. Brandon Howard $101.35;

21. Kalvid Howard $101.35;

22. Cameron Huff $304.05;

23. Michael Hunter $202.70;

24. Ricky Dean Jernigan $202.70;

25. Rashaun Jones $101.35;

26. Stacy Jordan $101.35;

27. Bryan Keith $101.35;

28. Nathaniel P. Kelly $101.35;

29. Rodney J. Klempnow $101.35;

30. Matthew Knight $101.35;

31. William LeClair $405.40;

32. Frank Lymon III $101.35;

33. Ronald J. Malcaluse $202.70;

34. David Gregory McLain $101.35;

35. Dustin Owens $101.35;

36. Mark Petrosoff $405.40;

37. Christy Simmons $101.35;

38. William Simmons $101.35;

39. Rebecca Smith $304.05;

40. Belinda Sheryl Stanley $101.35;

41. Clayton Thompson $101.35;

42. Johnny R. Thompson $101.35;

43. Edmond Widow $202.70; and,

44. Harold Brown Wooley Jr. $405.40.

One class member, Pam Wagnor, furnished no information, and, based on her known earnings, no loss could be determined for her; accordingly, her recovery is $0. It will be the responsibility of Plaintiffs' counsel to make all disbursements, and any claim that is between or among attorneys likewise will be the responsibility of Plaintiffs' counsel.

Based on the Joint Motion to Approve Settlement of Collective Action, the record in this case, and the facts and circumstances here, the Court hereby approves the settlement of the

3

Case 3:10-cv-00759 Document 99 Filed 07/25/11 Page 3 of 4 PageID #: 543

claims of the 44 Non-Coats Plaintiffs, and the claims of the 44 Non-Coats Plaintiffs are hereby

**DISMISSED WITH PREJUDICE**.

It is SO ORDERED, on this, the __47vj___ day of **July, 2011.**

*Kevin H. Sharp*
THE HON. KEVIN SHARP


Submitted for Entry:

s/ W. Gary Blackburn

_____
W. Gary Blackburn (Tenn. BPR No. 3484)
John Ray Clemmons (Tenn. BPR No. 25907)
**CHAFFIN, BURNSED & BLACKBURN, PLLC**
The Fridrich Building, First Floor
2909 Poston Avenue
Nashville, Tennessee 37203
Telephone: (615) 254-7770
Facsimile: (615) 460-7484
Email: gblackburn@cbblegal.com
       jclemmons@cbblegal.com

*Attorneys for Plaintiffs*


s/ Lea Carol Owen

_____
Lea Carol Owen, # 19531
**WALLER LANSDEN DORTCH & DAVIS, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Carol.Owen@wallerlaw.com

*Attorneys for Defendant*

4