UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAVID COATS, et al.,** ) | |
| ) | No. 3:10-0759 |
| v. ) | Judge Sharp |
| ) | |
| **NASHVILLE LIMO BUS, LLC, etal.,** ) | |
| ) | |

A hearing on the pending motions in this matter was held on March 1, 2012. For the reasons stated in open Court, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Award of Attorney Fees and Costs of the Action (Docket No. 100) is hereby DENIED as Moot due to Plaintiff's Notice of Withdrawal of Request for Attorneys' Fees (Docket No. 113);

(2) Plaintiffs' Motion for Execution on Trust Account is DENIED (Docket No. 107);

(3) Plaintiffs' Motion for Sanctions Pursuant to Rule 11, Federal Rules of Civil Procedure (Docket No. 111) is DENIED;

(4) Defendants' Response to Plaintiffs' Notice of Withdraw of Request for Attorneys' Fees, and Motion for Its Own Award of Attorneys' Fees (Docket No. 114) is DENIED;

(5) Defendants' Motion for Attorneys' Fees Against Plaintiffs David and Tammy Coats (Docket No. 117) is DENIED;

(6) Defendants' Motion for Entry of Order of Dismissal (Docket No 103) is GRANTED. The Court approves the Settlement Agreement and dismisses the remaining claims with prejudice. The Clerk is directed to close this case.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE